

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00263-CV

Gwyndolyn **MCCLELLAN**,
Appellant

v.

Dustin **KOHN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02503
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: August 3, 2022

MOTION TO DISMISS GRANTED, DISMISSED

Appellant filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM